# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|                       ) | |
|     Plaintiff,                  ) | |
| vs.                                ) | CASE NO. 05-40033-JPG-03 |
|                       ) | |
| STEPHANIE M. RENNISON,      ) | |
|                       ) | |
|     Defendant.               ) | |

## O R D E R

**FRAZIER, Magistrate Judge**

      Upon notification to the Court of the availability of placement in a residential treatment facility, it is ORDERED that the defendant's bond is reduced to a personal recognizance bond. Standard conditions of bond shall apply. Additionally, the defendant's travel will be expanded beyond the Southern District of Illinois to the Eastern District of Missouri for the purpose of conferring with counsel.

      **DATED: May 12, 2005.**

                                                  *s/ Philip M. Frazier*
                                                  HON. PHILIP M. FRAZIER
                                                  UNITED STATES MAGISTRATE JUDGE